82 F.3d 408
 Veronica Zucker
v.
Alan G. Quasha, Jack E. Rosenfeld, Ralph Destino, J. David
Hackman, S. Lee Kling, Theodore H. Kruttschnitt, Jeffrey
Laikind, Elizabeth Valk Long, Edmund R. Manwell, Geraldine
Stutz, Robert F. Wright, Wayne P. Garten, Hanover Direct,
Inc., Sun Life Insurance Company of America, Merrill Lynch,
Pierce, Fenner & Smith, Inc., Alex Brown & Sons, Inc.
 NO. 95-5425
 United States Court of Appeals,
Third Circuit.
 Apr 26, 1996
 
 Appeal From: D.N.J., No. 94-cv-04301,
 Bassler, J.,
 
 891 F.Supp. 1010
 
 1
 AFFIRMED.